| | | | | |
|---|---|---|---|---|
| Scott v. State ................ | 82A01–1612–CR–2939 | 07/18/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Murray v. State ............... | 49A02–1611–CR–2485 | 07/18/2017 | BRADFORD, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Scuefield v. Penny Mac Corporation ..................... | 45A03–1601–MF–135 | 07/19/2017 | PYLE, J.<br>BAKER, J.<br>MATHIAS, J. | Dismissed<br>Concurs<br>Concurs |
| T.L.E. v. A.D.H. .............. | 53A04–1612–PO–2901 | 07/19/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Crenshaw v. State ............. | 03A01–1612–CR–2803 | 07/19/2017 | NAJAM, J.<br>PYLE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| C.S., In re ................... | 82A01–1701–JT–57 | 07/19/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Bonds v. State ................ | 49A02–1608–PC–1943 | 07/19/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Clay v. State ................. | 34A04–1702–CR–282 | 07/19/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| J.O–E., In re ................. | 02A04–1701–JT–143 | 07/19/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Tabor v. State................ | 84A01–1703–CR–525 | 07/19/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| N.L.P. v. T.A.R. .............. | 03A05–1701–JP–236 | 07/20/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| M.R. v. St. Vincent Hospital .... | 49A04–1701–MH–191 | 07/20/2017 | BAKER, J.<br>BAILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |